149 A.3d 557

**REYNOLDS, Eric**

v.

**STATE of Maryland**

**Pet. Docket No. 390, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1958, Sept. Term, 2013).

Petition for writ of certiorari denied.

■

149 A.3d 557

**RIVERS, Reco Lavar & Latrice Nicole Cavin**

v.

**STATE of Maryland**

**Pet. Docket No. 378, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (Nos. 78 & 172, Sept. Term, 2015).

Petition for writ of certiorari denied.